Scott S. Christie
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 848-5388
schristie@mccarter.com

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| P.M., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-02917-MEF-JSA<br><br>Hon. Michael E. Farbiarz U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br><br>**NOTICE OF APPEARANCE BY SCOTT S. CHRISTIE, ESQ.** |

TO:   Clerk, U.S. District Court
      All Counsel of Record


**PLEASE TAKE NOTICE** that Scott S. Christie, Esq. of the law firm of

McCarter & English, LLP, hereby enters his appearance as counsel on behalf of

Defendant Novartis Pharmaceuticals Corporation.   A request is hereby made that

1

ME1\60630546.v1

all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below:

       Scott S. Christie, Esq.
       McCARTER & ENGLISH, LLP
       Four Gateway Center
       100 Mulberry Street
       Newark, New Jersey 07102
       schristie@mccarter.com

**McCARTER & ENGLISH, LLP**
*Attorneys for Defendant*
*Novartis Pharmaceuticals*
*Corporation*

By:   *s/Scott S. Christie*
       Scott S. Christie
       A Member of the Firm

Dated:  April 10, 2026

ME1\60630546.v1

## CERTIFICATE OF SERVICE

I certify that on April 10, 2026, this Notice of Appearance was electronically filed with the Court and served upon all counsel of record via the Court's electronic filing system (CM/ECF).

*s/ Scott S. Christie*
Scott S. Christie

ME1\60630546.v1