**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| P.M., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-2917<br><br>Hon. Michael Farbiarz, U.S.D.J.<br><br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Return Date: July 20, 2026 |

**TO:** Alyssa Tolentino, Esq.
Siri & Glimstad, LLP
745 Fifth Avenue Suite 500
New York, NY 10151
*Attorney for Plaintiff*

**COUNSELOR**:

**PLEASE TAKE NOTICE** that on July 20th, 2026 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, Defendant Novartis Pharmaceuticals Corporation shall move before the United States District Court for the District of New Jersey for the entry of an Order dismissing the Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Defendant shall rely upon the enclosed Memorandum of Law and Declarations with exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

Date: July 20, 2026

Respectfully submitted,

*/s/ Scott S. Christie*
Scott S. Christie
Christopher A. Rojao
Ryan M. Savercool
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Telephone: (973) 622-4444
Fax: (973) 624-7070
schristie@mccarter.com
crojao@mccarter.com
rsavercool@mccarter.com

Jasmeet K. Ahuja (*pro hac vice)*
**HOGAN LOVELLS US LLP**
1735 Market Street, Floor 23
Philadelphia, PA 19103
jasmeet.ahuja@hoganlovells.com
Telephone: (267) 675-4667

Adam A. Cooke (*pro hac vice)*
**HOGAN LOVELLS US LLP**
555 13th St NW
Washington, DC 20004
adam.a.cooke@hoganlovells.com
Telephone: (202) 637-5479

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*